1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          SOUTHERN DISTRICT OF CALIFORNIA
10
11  PRINCIPAL LIFE INSURANCE COMPANY,    )   Case No. 10cv510-BTM (BLM)
                                         )
12                     Plaintiff,        )   **ORDER GRANTING JOINT MOTION**
                                         )   **FOR PROTECTIVE ORDER WITH**
13  v.                                   )   **ONE MODIFICATION**
                                         )
14  KASRA SADR, AS TRUSTEE FOR THE       )   [Doc. No. 15]
    ALTON LARSEN FAMILY INSURANCE        )
15  TRUST, GABRIEL GIORDANO, AND DOES    )
    1-10,                                )
16                                       )
                       Defendants.       )
17  ─────────────────────────────────────)
18
19       On June 29, 2010, the parties filed a joint motion requesting that the Court enter the
20  parties' Joint Stipulated Protective Order, which governs confidential commercial information.
21  Doc. No. 15.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  The Court has considered the Joint Stipulated Protective Order and, for good cause
2  shown, the joint motion is **GRANTED** with the following modification to paragraph 10 of the
3  Joint Stipulated Protective Order:
4      Pursuant to Civil Local Rule 79.2(c), nothing shall be filed under seal, and the
5      Court shall not be required to take any further action with regard to material
6      a party has designated as Confidential, without separate prior Court Order
7      made after application by either party.
8  **IT IS SO ORDERED.**
9  DATED: June 30, 2010

*[signature]*

BARBARA L. MAJOR
United States Magistrate Judge