# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Principal Life Insurance Company

V.

Kasra Sadr; Gabriel Giordano, and Does 1-10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV0510-BTM(BLM)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims asserted by Plaintiff Principal Life Insurance Company are Dismissed with Prejudice.  Each party is to bear its own costs, expenses and fees.

| November 16, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) Deputy Clerk |
|  | ENTERED ON November 16, 2011 |

10CV0510-BTM(BLM)